```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
PATRICK AYERS, Derivatively on Behalf    :
of Mobileye Global Inc.,                 :
                                         :          24cv2791 (DLC)
                         Plaintiff,      :
                                         :              ORDER
            -v-                          :
                                         :
AMNON SHASHUA et al.,                    :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 15, 2024, this case was accepted as related to McAuliffe v. Mobileye Global Inc., et al. (24cv310) ("McAuliffe Action"). Accordingly, it is hereby

ORDERED that the plaintiff shall submit a status letter regarding service of process by April 30, 2024.

Dated:      New York, New York
            April 16, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge