```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    24cv2791 (DLC)
IN RE MOBILEYE GLOBAL INC.              :    24cv4893 (DLC)
DEERIVATIVE LITIGATION                  :
                                        :       ORDER
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Order of April 15, 2025 granted the defendants' motion to dismiss in <u>McAuliffe v. Mobileye Global Inc., et al.</u> (24cv310) ("McAuliffe Action"). Accordingly, it is hereby

ORDERED that the parties shall meet and confer and shall submit a joint letter by **April 24, 2025** proposing a schedule for further proceedings in this consolidated derivative action.

Dated:   New York, New York
         April 16, 2025

                              _____
                                      DENISE COTE
                              United States District Judge